4674/Comp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NICOLE COMITO, a Minor, and
PETER COMITO and CHRISTINE
COMITO, her Parents and Legal
Guardians

    Plaintiffs,
vs.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY d/b/a
NORWEGIAN CRUISE LINE
and/or NCL,

    Defendant.
_____/

CASE NO. 06-20539

CIV-HIGHSMITH

/ McALILEY

## COMPLAINT

COME NOW the Plaintiffs, NICOLE COMITO, a Minor, and PETER COMITO and CHRISTINE COMITO, her Parents and Legal Guardians, by and through their undersigned attorneys and sue the Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE and/or NCL and state as follows:

1. This is an action involving the diversity of citizenship of the parties as more fully described below and for damages in excess of $75,000. Alternatively, this case falls within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. 1333.

2. Pursuant to a forum selection clause in the subject cruise ticket, this action must be brought in this Court.

3. The Plaintiff, NICOLE COMITO, is an individual minor and resident of Brooklyn Borough, New York, and is the daughter of PETER COMITO and CHRISTINE COMITO, who are residents of Brooklyn Borough, New York, and parents and legal guardians of NICOLE COMITO.

4. The Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY is a Bermuda corporation doing business in Florida as NORWEGIAN CRUISE LINES and/or NCL which conducts business and maintains a principal place of business in Miami-Dade County, Florida and was doing business as a common carrier of passengers by water for hire at all material times hereto.

5. At all times material, the Defendant owned, managed, chartered and/or operated the cruise vessel M/S NORWEGIAN DAWN.

6. On or about May 22, 2005, the Plaintiffs, in consideration of the payment of a specified sum of money, boarded the M/S NORWEGIAN DAWN for an eight (8) day pleasure cruise.

7. On or about May 28, 2005 at approximately 4:00 p.m. the Plaintiff, NICOLE COMITO, suffered severe injuries, including, but not limited to, multiple contusions, abrasions, and fractures to her face and mouth, and loss of her front upper left tooth when the Plaintiff slipped and fell on the pool deck.

## COUNT I – NEGLIGENCE

The Plaintiffs adopt and reallege the allegations in paragraphs 1 through 7 and allege further that:

8. At all times material, the Defendant owed the duty to the Plaintiff, NICOLE COMITO, to exercise reasonable care under the circumstances for the Plaintiff's safety.

2

9. More specifically, the Defendant owed the duty to the Plaintiff, NICOLE COMITO, to exercise reasonable care under the circumstances for the Plaintiff's safety and 1) to provide a reasonably safe vessel and safe swimming and walking areas aboard the vessel for her voyage, 2) to refrain from injuring her, 3) to protect her from dangerous contrivances and conditions, 4) to give her reasonable warnings, instructions and directions regarding dangerous contrivances and conditions, and 5) to maintain the ship's swimming and walking areas in a safe and reasonable manner throughout the voyage.

10. The Defendant breached its duty of care to the Plaintiff in that it failed to provide the Plaintiff with a reasonably safe swimming area and walking area and it negligently maintained the premises in question, that the swimming area and walking area where the Plaintiff slipped and fell was negligently designed and/or maintained to ensure the Plaintiff's safety, and that the Defendant failed to warn the Plaintiff and fellow passengers of a dangerous and hazardous condition about which it knew or should have known.

11. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff, NICOLE COMITO, has suffered and continues to suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, dental and orthodontic treatment, and aggravation of a known or unknown previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

## COUNT II – NEGLIGENCE - MEDICAL EXPENSE/OUT OF POCKET

The Plaintiffs adopt and reallege the allegations in paragraphs 1 through 7 and allege further that:

12.   At all times material, the Defendant owed the duty to the Plaintiffs to exercise reasonable care under the circumstances for the Plaintiff's safety.

13.   The Defendant breached its duty of care to the Plaintiff in that it failed to provide the Plaintiff with a reasonably safe swimming area and walking area and it negligently maintained the premises in question, that the swimming area and walking area where the Plaintiff slipped and fell was negligently designed and/or maintained to ensure the Plaintiff's safety, and that the Defendant failed to warn the Plaintiff and fellow passengers of a dangerous and hazardous condition about which it knew or should have known.

14.   As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiffs, PETER COMITO and CHRISTINE COMITO, have suffered losses including but not limited to medical expenses, expenses of hospitalization, medical and nursing care and treatment, dental and orthodontic treatment, and other out of pocket expenses arising out of the injury to their daughter, NICOLE COMITO.  The losses are either permanent or continuing in nature and the Plaintiffs will continue to suffer the losses in the future.

WHEREFORE, the Plaintiffs, NICOLE COMITO, a Minor, and PETER COMITO and CHRISTINE COMITO, her Parents and Legal Guardians, demand judgment against the Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE and/or NCL, in an amount in excess of $75,000.00 to be determined at

trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.

Respectfully submitted this 2nd day of March, 2006.

> Michael C. Black, Esquire
> CASSIDY & BLACK, P.A.
> Attorneys for Plaintiffs
> 8370 W. Flagler Street, Suite 252
> Miami, Florida 33144
> Telephone: (305) 559-4962
> Facsimile: (305) 559-2163
>
> By _/s/ Michael C. Black_
> MICHAEL C. BLACK, ESQUIRE
> F.B.N. 0056162

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**06-20539**
**CIV-HIGHSMITH**

**I (a) PLAINTIFF**
NICOLE COMITO, a Minor, and PETER COMITO and CHRISTINE COMITO, her Parents and Legal Guardians

**DEFENDANTS**
NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE and/or NCL

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

2006 MAR -3 PM 12:16
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

McALILEY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael C. Black, Esquire
Cassidy & Black, P.A.
8370 West Flagler Street, #252, Miami, FL 33144
(305)-559-4962

**ATTORNEYS (IF KNOWN)**

Dade / 06-20539-civ-Highsmith/McAliley

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
(DADE) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

IV a. __3__ days estimated (for both sides) to try entire case.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Inst. | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Ovrp & Enforcement of Judgement | ☐ 330 Federal Employers Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Dfltd Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Rec of Ovpymt of Veteran's Ben | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suit | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnat | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Eje | ☐ 443 Housing/Accomodations / Habeas Corpus: | ☐ 791 Empl. Ret. Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Prod Liab | ☐ 440 Other Civil Rights / ☐ 535 Death Penalty |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Pr | ☐ 550 Civil Rights / ☐ 540 Mandamus&Other |  |  |  |

## VI. ORIGIN (PLACE AN x in ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Refiled  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
**DEMAND $** 75,000
Check YES only if demanded in complaint:
**JURY DEMAND** ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions:)
JUDGE _____  DOCKET NUMBER _____

DATE 3/2/06
SIGNATURE OF ATTORNEY OF RECORD
*Michael C. Black*

UNITED STATES DISTRICT COURT
S/F 1-2
REV 6/90

FOR OFFICE USE ONLY:
Receipt No. 936129   Amount $250.00
Date Paid: 03/03/06   M/fp.